```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.K. individually and on behalf of her child L.T., a minor,

                              Plaintiffs,

-against-

NEW YORK CITY PUBLIC SCHOOLS a/k/a
NEW YORK CITY DEPARTMENT OF EDUCATION,
                              Defendant.

**ORDER**

24-CV-8255 (JHR) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

The parties shall file a joint status letter updating the Court on the status of their attempt to negotiate a resolution on this matter **by January 3, 2025**.

**SO ORDERED.**

Dated:    November 19, 2024
           New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge